**JS-6, ENTER**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LEO S. COOK, | ) Case No. CV 05-2910-MLG |
|     Plaintiff, | )    JUDGMENT |
|   v. | ) |
| JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration, | ) |
|     Defendant. | ) |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for further proceedings consistent with the opinion and order entered this date.

DATED: April 12, 2006   **/S/ Marc L. Goldman**

                _____
                MARC L. GOLDMAN
                United States Magistrate Judge